IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARQUISE D. ANDERSON                                             PLAINTIFF

v.                          Case No. 13-5257

DEPUTY JARNAGAN, et al.                                         DEFENDANTS

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Currently before the undersigned is **Defendants' Motion to Dismiss Pursuant to Local Rule 5.5(c)(2) (Doc. 22).** Rule 5.5(c)(2) requires pro se parties to promptly notify the Court and other parties of any change of address and to prosecute their actions diligently.

Defendants provide an affidavit of attempted service, stating that they attempted to serve their answer and discovery requests on Plaintiff at the Benton County Detention Center, but the documents were returned on or about January 21, 2014, marked "Return to Sender" and "Released." (Doc. 24.) Plaintiff has filed a Response, stating, "I was not forward[ed] my mail and . . . I am now back in full contact and hope to proceed." (Doc. 26.) Plaintiff lists his address as still being at the Benton County Detention Center.

From Plaintiff's Response, it appears that the documents sent to Plaintiff were inadvertently returned to defense counsel as undeliverable and that Plaintiff has not in any way failed to prosecute this action, nor has he failed to notify the Court of any

address change.  Accordingly, the undersigned recommends **DENYING** Defendants' **Motion to Dismiss (Doc. 22).**

**The parties have fourteen days from receipt of the undersigned's report and recommendation in which to file written objections pursuant to 28 U.S.C. §636 (b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 10th day of July, 2014.


/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE