IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARQUISE D. ANDERSON                                                                                    PLAINTIFF

v.                                       Case No. 5:13-CV-05257

DEPUTY JARNAGAN; BENTON COUNTY
DETENTION CENTER; NURSE WATSON;
and NURSE GAIL                                                                                          DEFENDANTS

**O R D E R**

Currently before the Court are the proposed findings and recommendations (Doc. 31) filed in this case on July 10, 2014, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. The time for filing objections has passed, and no objections have been filed by any party.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendants' motion to dismiss (Doc. 22) is DENIED.

IT IS SO ORDERED this 31st day of July, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE