IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MARQUISE D. ANDERSON                                                                    PLAINTIFF

v.                              Case No. 5:13-CV-05257

BENTON COUNTY DETENTION CENTER;
NURSE DARLA WATSON; NURSE GAIL
HARTGRAVES; and BRANDON JARNAGAN                                        DEFENDANTS

## O R D E R

Currently before the Court are the findings and recommendations (Doc. 50) of the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Also before the Court are Plaintiff's objections (Doc. 52).

Plantiff does not make any specific objections to the Magistrate's report. Rather, he objects generally that he does not understand the rules or steps he needs to take to pursue his lawsuit further; states that he did not have all relevant medical records to pursue his claims; and asks that he be given more time to obtain counsel. Having reviewed the record, the Court finds that Plaintiff has adequately represented himself in this case and was able to testify as to his claims in a hearing before the Magistrate judge. This case is not being dismissed for any procedural failure based on lack of knowledge of the rules on Plaintiff's part. Plaintiff does not specify what medical records he believes would have helped his case or how. The Court cannot imagine that any additional medical record from the treating hospital would change the Court's analysis of his claims. Finally, this case has been pending since November of 2013, has progressed through the summary judgment stage of litigation, and has now been recommended for dismissal. Allowing Plaintiff time to seek counsel would only delay this matter for no legitimate purpose.

Having reviewed this case and, being well and sufficiently advised, the Court finds that the

report and recommendation of the Magistrate is proper and should be and hereby is ADOPTED IN ITS ENTIRETY.  Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that Defendants' motion for summary judgment (Doc. 34) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 5th day of February, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE